# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DRAPER SCOTT TERRY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action Number: 2:10-cv-01225-SLB |
| | ) |
| WARDEN DANIELS and THE | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | |

## MEMORANDUM OPINION

On August 29, 2013, the magistrate judge entered a Report and Recommendation, doc. 19, recommending that the petition for writ of habeas corpus be dismissed with prejudice. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be DISMISSED. A separate Order will be entered.

**DONE**, this 4th day of November, 2013.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE